FILED
OCT 21 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
4:15CR40056-001

| PROB 22 (Rev. 2/88) | | | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) CR16-0444 | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Angela M. Johnson | DISTRICT SOUTH DAKOTA | DIVISION SOUTHERN | |
| | NAME OF SENTENCING JUDGE Karen E. Schreier, U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/03/2016 | TO 10/02/2021 |

**OFFENSE**
INTERSTATE TRAVEL IN AID OF RACKETEERING ENTERPRISE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/6/16
Date

Karen E. Schreier, U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/19/16
*Effective Date*

United States District Judge